ISIDORE A. BLANCH v. WILLIAM A. GOETZ and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN B. McPHERSON, IV, v. ALEXANDER KLEMIN.— Motion granted as indicated in order; questions certified. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

MANX TAXI HOLDING COMPANY, INC., v. BUFF REALTY CORPORATION. CHECKER CAB MANUFACTURING CORPORATION. RICHARD T. GREENE and Others. BUFF REALTY CORPORATION v. CHECKER CAB MANUFACTURING CORPORATION. RICHARD T. GREENE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN J. F. COPE for a Certiorari Order against FIORELLO H. LAGUARDIA, Mayor of the City of New York, and Others. In the Matter of the Application of SAMUEL NEILSON for a Certiorari Order against FIORELLO H. LAGUARDIA and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MANX TAXI HOLDING COMPANY, INC., v. BUFF REALTY CORPORATION. CHECKER CAB MANUFACTURING CORPORATION. RICHARD T. GREENE and Others. BUFF REALTY CORPORATION v. CHECKER CAB MANUFACTURING CORPORATION. RICHARD T. GREENE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH ROTBERG and Another v. M. S. & J. A. WORKMAN, INC.— Motion for leave to appeal to the Court of Appeals granted; question certified. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ. [See 244 App. Div. 792.]

In the Matter of Proving the Last Will and Testament of MAX LIPPMAN, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of MAX LIPPMAN, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

In the Matter of LOUIS A. SHAPIRO (Also Known as LOUIS ALBERT SHAPIRO), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of JAMES F. SULLIVAN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROYAL INDEMNITY COMPANY, Appellant, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Order entered October 11, 1935, vacated, provided, however, that the same shall be reinstated in the event that motion for resettlement be denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See ante, p. 506.]